IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **T.G., a minor, by his father and natural guardian, ROBERT GLASGOW,** : | **CIVIL ACTION NO. 1:07-CV-1099** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **THE COUNTY OF DAUPHIN,** *et al.*, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 28th day of August, 2007, in accordance with the Stipulation (Doc. 9) of the parties, it is hereby **ORDERED** and **DECREED** that, as to Defendant Joseph T. Senior, Count II of the Complaint shall be dismissed, with prejudice, and those portions of Count III of the Complaint which attempt to state a claim against Mr. Senior for negligence and gross negligence shall be dismissed, with prejudice. Furthermore, Count II and Count III shall be dismissed as to Defendant The County of Dauphin, with prejudice. Defendants Senior and the County shall have until September 11, 2007, to file a responsive pleading to the Complaint.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge