# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T.G., a minor, by his father and natural guardian, ROBERT GLASGOW,** | : : : : | **CIVIL ACTION NO. 1:07-CV-1099** (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **THE COUNTY OF DAUPHIN,** *et al.*, | : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of December, 2008, upon consideration of the motions in limine, filed by plaintiff, (see Doc. 42), defendant Joseph T. Senior, (see Docs. 44, 47), and defendant the County of Dauphin, (see Doc. 49), and it appearing that the County of Dauphin filed a motion for summary judgment (Doc. 32) in the above-captioned matter on August 29, 2008, which is ripe for disposition, and the court concluding that the interests of judicial economy are best served by ruling on the motion for summary judgment prior to the continued progression of the pretrial schedule, it is hereby ORDERED that:

1. The motions in limine (Docs. 42, 44, 47, 49) are DENIED without prejudice.

2. The pretrial and trial schedule is STAYED pending disposition of the motion (Doc. 32) for summary judgment. Thereafter, the court will issue a revised pretrial and trial schedule.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge